UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER MANENICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. 12-cv-05131 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 6; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (*see* ECF No. 26).

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the Stipulation of the parties (*see* ECF No. 26), and attorney Declaration and time and expense itemizations (ECF No. 27, attachments 1, 2), it is hereby ORDERED that EAJA attorney's fees

1 | of $4,064.86 and expenses in the amount of $17.85, shall be awarded to plaintiff pursuant to the

2 | EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at

3 | ***6-***7 (2010).

4 | If it is determined that plaintiff's EAJA fees are not subject to any offset allowed

5 | pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall

6 | be made payable to Jeanette Laffoon, Esq., Maddox & Laffoon, P.S., based on plaintiff's

7 | assignment of these amounts to plaintiff's attorney (*see* Plaintiff's Declaration Regarding Net

8 | Worth and Payment of EAJA Fees, ECF No. 10). The same procedure applies for any remainder

9 | following any offset. Any check for EAJA fees shall be mailed to plaintiff's counsel, Jeanette

10 | Laffoon, Esq., at Maddox & Laffoon, P.S., 410-A South Capitol Way, Olympia, WA 98501.

11 | Dated this 17th day of January, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2